1  GEORGE S. CARDONA
   Acting United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   JEREMY D. MATZ (Cal. Bar # 199401)
4  Assistant United States Attorney
   Major Frauds Section
5  MICHAEL R. WILNER (Cal. Bar # 156592)
   Assistant United States Attorney
6  Deputy Chief, Major Frauds Section
        1100 United States Courthouse
7       312 North Spring Street
        Los Angeles, California 90012
8       Telephone:  (213) 894-0649/0687
        Facsimile:  (213) 894-6269
9       E-mail:     jeremy.matz@usdoj.gov
                    michael.wilner@usdoj.gov
10
   Attorneys for Plaintiff
11 UNITED STATES OF AMERICA

12                 UNITED STATES DISTRICT COURT

13            FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 UNITED STATES OF AMERICA,    ) No. CR 07-755-DDP
                                )
15            Plaintiff,        ) **GOVERNMENT'S POSITION WITH RESPECT**
                                ) **TO SENTENCING OF DEFENDANT**
16            v.                ) **JOSEPH BABAJIAN**
                                )
17 JOSEPH BABAJIAN,             )
                                ) Hearing:   February 22, 2010,
18            Defendant.        )            at 2:30 p.m.
                                )
19

20 *

21 *

22 *

23 *

24 *

25 *

26 *

27 *

28 *

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Joseph Babajian awaits sentencing on his guilty plea to a criminal charge of accepting unearned fees in a real estate transaction in violation of the federal Real Estate Settlement Procedures Act [12 U.S.C. § 2607(b)].

The presentence report recommends that Babajian be sentenced to a one-year term of probation, pay restitution of approximately $35,000, and pay a criminal fine of over $15,000. Consistent with the plea agreement between the parties, the government respectfully requests that the Court follow the sentencing recommendation contained in the presentence report.

The proposed sentence is an appropriate resolution to this mortgage fraud matter as regards Mr. Babajian. At the trial last summer, the jury split on the issue of Mr. Babajian's guilt on many of the serious charges in the indictment, and acquitted him on certain other counts. Rather than go through a second trial, Mr. Babajian agreed to plead guilty to the serious federal charge relating to the prohibited conduct here.

Given the Court's familiarity with the overall fraud, the roles of the various participants, and the evidence presented at trial regarding Babajian's involvement in the mortgage fraud scheme, the Court is well placed to render an appropriate sentence. The government believes that the sentence recommended in the presentence report provides suitable punishment to Mr. Babajian for his admitted crime as well as adequate deterrence to other real estate professionals.

1     For the foregoing reasons and per the terms of the parties'

2  plea agreement, the government respectfully requests that the

3  Court impose the recommended sentence on defendant Babajian.

4

5  Dated: February 9, 2010      Respectfully submitted,

6                          GEORGE S. CARDONA
                               Acting United States Attorney

7

8                          CHRISTINE C. EWELL
                          Assistant U.S. Attorney
                          Chief, Criminal Division

9

10                       /s/ AUSA Wilner
                        _____

11                          JEREMY D. MATZ
                          MICHAEL R. WILNER
                          Assistant United States Attorneys

12                          Major Frauds Section

13                          Attorneys for Plaintiff
                          UNITED STATES OF AMERICA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28